IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:20-cv-00092-MR-WCM

| | |
|---|---|
| ESTATE OF KATHERINE MONICA VICKERS, and RUPA VICKERS RUSSE, *individually and as Executor of the Estate of Katherine Monica Vickers*, <br><br>Plaintiffs, <br><br>v. <br><br>UNITED STATES OF AMERICA, <br><br>Defendant. | ORDER |

This matter is before the Court on "Plaintiff Russe Notice of Change of Address (Requested to File Under Seal)" (the "Motion to Seal," Doc. 48). A hearing on the Motion to Seal was conducted on February 23, 2022, and the undersigned ruled orally on the Motion. This Order memorializes that ruling.

**IT IS ORDERED THAT:**

1. The Motion to Seal is **DENIED.**

2. Plaintiff's filing (Doc. 48) will remain under seal on the Court's docket through **Friday, February 25, 2022**.

3. On or before February 25, 2022, Plaintiff may substitute the current filing (Doc. 48) with a redacted version.

4. The document then appearing as Doc. 48 (i.e., either the originally

1

filed document or the as-substituted redacted version) will be unsealed on or after **February 28, 2022.**

5. The Clerk is respectfully **DIRECTED** to update the docket in this matter to reflect Plaintiff's address as the post office box listed in her recent filings.

Signed: February 23, 2022

W. Carleton Metcalf
United States Magistrate Judge