IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:20-cv-00092-MR-WCM

| | |
|---|---|
| RUPA VICKERS RUSSE, *individually*, ) <br> ESTATE OF KATHERINE MONICA ) <br> VICKERS, *Rupa Vickers Russe* ) <br> *as the Executor of the Estate*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES OF AMERICA, ) <br> ) <br> Defendant. ) <br> _____ ) | ORDER |

This matter is before the Court on Plaintiffs' Motion for Judicial Settlement Conference (the "Motion," Doc. 113).

On February 25, 2022, a Pretrial Order and Case Management Plan (the "Pretrial Order") was entered setting a deadline for the parties to participate in mediation.

On August 5, 2022, a report was filed indicating that the parties had participated in a mediated settlement conference with Raymond E. Owens, Jr., and had reached an impasse. Doc. 81.

On October 14, 2022, Plaintiffs filed the instant Motion, which requests a judicial settlement conference. Doc. 113. However, the Motion does not explain why Plaintiffs believe a judicial settlement conference should be

1

convened at this time and the undersigned otherwise continues to believe that a mediated settlement conference is the most appropriate method of alternative dispute resolution for this case.

To the extent the parties wish to conduct an additional mediation session, they are free to do so. Plaintiffs' Motion for Judicial Settlement Conference (Doc. 113), however, is **DENIED**.

It is so ordered.

Signed: October 18, 2022

W. Carleton Metcalf
United States Magistrate Judge