# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| Rupa Vickers Russe, et al. ) | JUDGMENT IN CASE | |
| ) | | |
| Plaintiff(s), ) | 1:20-cv-00092-MR-WCM | |
| ) | | |
| vs. ) | | |
| ) | | |
| United States of America, ) | | |
| Defendant ) | | |

DECISION BY COURT. This action having come before the Court by Trial and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 11, 2024 Order.

June 11, 2024

Katherine Hord Simon, Clerk
United States District Court